23346. BUTLER *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and the court did not err in overruling the motion for a new trial, which contained the usual general grounds only.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED AUGUST 2, 1933.

*J. A. Drake, George L. Nowell,* for plaintiff in error.
*S. M. Watson, solicitor,* contra.